**VERMONT LIQUOR CONTROL BOARD v. HABRO, INC., No. 304-78**

October 26, 1978. Defendant's Motion for Stay of Suspension pending appeal is denied.

Daley, J.

**TOWN OF TUNBRIDGE v. Mildred YOUNG and Everett Young, No. 157-76**

October 30, 1978. The extension of time required for filing a notice of appeal not having been obtained within sixty days from the date of the judgment appealed from as required under V.R.A.P. 4, the appeal of Mildred Young is dismissed.

**Edward GATES and Onis Gates v. Harold DODGE, John Premo, Betty Ewen, and Noel and Barbara Lussier, No. 144-77**

October 30, 1978. Motion for leave to withdraw granted upon the entry of appearance by other counsel on behalf of Noel and Barbara Lussier.

**STATE of Vermont v. Michael Richard GODFREY, No. 69-78**

October 30, 1978. Motion to Dismiss denied. Motion to Enlarge Time granted. Time enlarged *nunc pro tunc* to date of filing of appellant's brief.

**Barbara COLM v. Claus COLM, No. 110-78**

October 30, 1978. Appellee's Motion to Dismiss denied. Appellant's Motion for Extension of Time granted; Printed Case and Brief to be filed not later than December 1, 1978; appellee's brief to be filed pursuant to V.R.A.P. 31.

**ANDERSON FRIBERG CO., INC. v. S. G. PHILLIPS, No. 143-78**

October 30, 1978. Appeal dismissed. V.R.A.P. 10(b)(1).

**LAND INVESTMENT INC. v. BATTLEGROUND ASSOCIATES, No. 151-78**

October 30, 1978. Motion for dismissal of appellant's appeal for failure by appellant to cause timely transmission of the record is denied.